# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DEBORA WEST,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF
NORTH AMERICA,

    Defendant.

Case No. 2:15-cv-11024

HON. GERSHWIN A. DRAIN

| **Patrick Derkacz (P48988)** | **Kevin M. Blair (P76927)** |
|---|---|
| Serafini Michalowski, Derkacz & Assoc. | Brian T. Quinn (P66272) |
| *Attorneys for Plaintiff* | Honigman Miller Schwartz and Cohn LLP |
| 44444 Mound Road, Suite 100 | *Attorneys for Defendant* |
| Sterling Heights, MI  48314 | 222 North Washington Square, Suite 400 |
| (586) 264-3756 | Lansing, Michigan  48933-1800 |
| PatD@smdalaw.com | (517) 377-0716 |
| | kblair@honigman.com |

## STIPULATION AND ORDER TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE AND WITHOUT COSTS

The parties, through their respective counsel, hereby stipulate and agree that this matter be dismissed with prejudice and without costs.

| s/ Patrick Derkacz (w/ permission) | s/ Kevin M. Blair |
|---|---|
| **Patrick Derkacz (P48988)** | **Kevin M. Blair (P76927)** |
| Serafini Michalowski, Derkacz & Assoc. | Honigman Miller Schwartz and Cohn LLP |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| Dated: October 5, 2015 | Dated: October 5, 2015 |

# **ORDER**

IT IS SO ORDERED.

Dated: October 5, 2015                     /s/Gershwin A Drain
                                            Hon. Gershwin A. Drain
                                            U.S. District Judge


19159289